1 | Saul S. Rostamian (SBN: 235292)
srostamian@winston.com
2 | Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
3 | Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
4 | **WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
5 | Los Angeles, California  90071-1543
Telephone:  213-615-1700
6 | Facsimile:   213-615-1750

7 | Attorneys for Defendant
SUNTIME ENERGY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA WEISBERG, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>      v.<br><br>SUNTIME ENERGY, and Does 1-10, inclusive,<br><br>                Defendant(s). | **Case No. 2:15-cv-08838-PA-JEM**<br>*Assigned to Hon. Percy Anderson*<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(2)** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1  Plaintiff Marissa Weisberg and Defendant SunTime Energy, by and through
2  their respective counsel, hereby stipulate to dismiss this case without prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its
4  own costs.

5  **SO STIPULATED AND AGREED.**

6  Respectfully submitted.

7  Dated:  January 29, 2016           LAW OFFICES OF TODD M. FRIEDMAN

By: */s/ Todd M. Friedman*
Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

Dated:  January 29, 2016           WINSTON & STRAWN LLP

By: */s/ Saul S. Rostamian*
Saul S. Rostamian
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Phone: (213) 615-1700
Fax:  (213) 615-1750
srostamian@winston.com

*Attorneys for Defendant*

I, Saul S. Rostamian, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Saul S. Rostamian*
Saul S. Rostamian

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**